JASON PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICE OF JASON C. FOULGER
P.O. Box 7218
London, KY 40742
702-228-3176
866-221-6108 Fax
Email: NVService@LibertyMutual.com
Attorney for Defendants
YESCO LLC and JACK BECK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WON CHUNG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>YESCO LLC, a domestic corporation; JACK BECK, an individual; and; DOES I-X; ROES I-X, inclusive<br><br>Defendant. | Case No.: 2:25-CV-01787-JAD-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants YESCO LLC and JACK BECK, by and through their attorney Jason Peck, Esq. of Law Offices of Jason C. Foulger and Plaintiff WON CHUNG, by and through his attorney Anjan Gewali, Esq. of Michael T. Hua Law submit this stipulation to extend the time for Defendants' response to Plaintiff's Motion for Partial Summary Judgment on Liability and Certain Affirmative Defenses [doc. 25]. The current deadline for Defendants' response is September 14, 2026. The parties are in the process of discussing resolution of Plaintiff's Motion without the necessity of the Court's time but do

/ / /

/ / /

/ / /

not believe they can reach resolution by the current deadline, and therefore request a one-week extension, to September 21, 2026, for Defendants' response.

DATED this 10th day of September, 2026.

LAW OFFICE OF JASON C. FOULGER

/s/ Jason Peck, Esq.
By______________________
JASON PECK, ESQ.
Nevada Bar No. 10183
P.O. Box 7218
London, KY 40742
Attorney for Defendants

MICHAEL T. HUA LAW

/s/ Anjan Gewali, Esq.
By______________________
ANJAN GEWALI, ESQ.
Nevada Bar No. 14054
6145 W. Spring Mountain Rd., Ste. 201
Las Vegas, NV 89146
Attorney for Plaintiff

**IT IS SO ORDERED:**

______________________________
UNITED STATES DISTRICT JUDGE

DATED: 9/14/2026